UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERSCOPE RECORDS, *et al.*,

          Plaintiffs,

    v.

DAWNELL LEADBETTER, *et al.,*

          Defendants.

Case No. C05-1149MJP-RSL

ORDER RENOTING PLAINTIFFS' REQUEST FOR DEFAULT

      This matter comes before the Court on plaintiffs' "Request to Enter Default; Affidavit of Christian N. Oldham." Dkt. # 30. Defendant Donald Leadbetter has appeared in the above-captioned matter to oppose the entry of default, but his counsel of record has expressed concern regarding potential conflicts that may arise if he were to represent both Dawnell and Donald Leadbetter throughout this litigation. Defendant therefore requests additional time in which he can retain individual counsel.

      For all of the foregoing reasons, plaintiffs' request for entry of default is renoted on the Clerk of Court's calendar for July 14, 2006, to give defendant Donald Leadbetter time to associate counsel.

ORDER RENOTING PLAINTIFFS'
REQUEST FOR DEFAULT

DATED this 15th day of June, 2006.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER RENOTING PLAINTIFFS'
REQUEST FOR DEFAULT                -2-