UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
INTERSCOPE RECORDS, *et al.*,            )
                                               )   No. C05-1149-MJP-RSL
                        Plaintiffs, )
     v.                                                       )   ORDER GRANTING PLAINTIFFS'
                                               )   MOTION FOR RELIEF FROM
                                             )   MEDIATION DEADLINE
DONALD LEADBETTER,                     )
                        Defendant.       )
_____)

This matter comes before the Court on plaintiffs' motion for "Relief from Mediation Deadline" (Dkt. #47). In their motion, plaintiffs assert that they have attempted to resolve this dispute through mediation, but have been unable to do because defendant has been unwilling to share mediation fees and plaintiffs have been unable to identify a Local Civil Rule 39.1 neutral willing to mediate the case *pro bono*. See Motion at 2.

For these reasons, the Court finds there is good cause under Fed. R. Civ. P. 16(b) to grant relief from the Court's September 12, 2006 order requiring mediation under Local Civil Rule 39.1(c)(3) on or before January 13, 2007. Accordingly, the Court strikes the January 13, 2007 deadline for mediation. In place of mediation and in response to plaintiff's request for a conference with a magistrate judge, the Court has appointed United States Magistrate Judge James P. Donohue to act as settlement judge in this matter in accordance with Local Civil Rule 39.1(e). See Dkt. #54.

ORDER GRANTING PLAINTIFFS' MOTION
FOR RELIEF FROM MEDIATION DEADLINE

1  For all of the foregoing reasons, plaintiffs' motion for "Relief from Mediation Deadline"
2  (Dkt. #47) is GRANTED. The January 13, 2007 deadline for Local Civil Rule 39.1 mediation is
3  STRICKEN in light of the fact that United States Magistrate Judge James P. Donohue has been
4  appointed to act as a settlement judge in this matter.

6  DATED this 5th day of February, 2007.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION
FOR RELIEF FROM MEDIATION DEADLINE          -2-